# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VELMA WILKERSON AND JAMES
WILKERSON INDIVIDUALLY AND
ON BEHALF OF AMELIA
WILKERSON

NO. 2025 CW 0449

VERSUS

BATON ROUGE GENERAL MEDICAL
CORPORATION, ET AL

**AUGUST 18, 2025**

---

In Re:   James Froelich, MD, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         671298.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's order setting
a hearing on the motion to dismiss on grounds of abandonment filed
by defendant, James Froelich, M.D., is vacated. La. Code Civ. P.
art. 561 contains no provision to set a contradictory hearing on
an ex parte motion to dismiss for abandonment. This matter is
remanded to the district court with instructions to rule on the
motion in accordance with La. Code Civ. P. art. 561.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT